No. —, original. UNITED STATES v. ARIZONA. January 14, 1935. Motion for leave to file bill of complaint granted and process is ordered to issue returnable on Monday, April 1, 1935.

No. —, original. EX PARTE FIRST NATIONAL BANK OF CINCINNATI. January 14, 1935. The motion for leave to file petition for writ of mandamus is denied. *Messrs. Ralph Royall* and *James F. Hubbell* for petitioner.

No. 373. THATCHER ET AL. v. COUNTY OF SAN DIEGO ET AL. Appeal from the District Court of Appeal, 4th Appellate District, of California. Argued January 15, 1935. Decided January 21, 1935. *Per Curiam:* Judgment affirmed. *Roberts* v. *Richland Irrigation District,* 289 U. S. 71. *Mr. Irve C. Boldman,* with whom *Mr. W. H. Metson* was on the brief, for appellants. *Mr. Harvey H. Atherton,* with whom *Mr. Francis V. Keesling* was on the brief, for appellees.

No. 400. IRONES ET AL. v. AMERICAN SECURITIES Co. Appeal from the Supreme Court of California. Argued January 15, 1935. Decided January 21, 1935. *Per Curiam:* Judgment affirmed. *Roberts* v. *Richland Irrigation District,* 289 U. S. 71; *Thatcher* v. *County of San Diego,* decided this day, *supra. Mr. C. L. Byers,* with whom *Mr. Challen B. Ellis* was on the brief, for appellants. *Mr. George Herrington,* with whom *Messrs. W. H. Orrick* and *W. J. Kenney* were on the brief, for appellee.